# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

TRISHLA PARAKH

VERSUS

FOREMOST SIGNATURE INSURANCE
COMPANY AND KISS MY NAILS,
LLC

NO.  2019 CW 0354

AUG 1 9 2019

---

In Re:    Foremost Signature Insurance Company, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 655534.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of the judgment, order, or ruling complained of; a copy of the judge's reasons for judgment, order, or ruling; and a copy of pertinent court minutes in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5 (C)(6), (7), & (10).

Supplementation of this writ application and/ or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 30, 2019, and must contain a copy of this ruling.

                        **PMc**
                        **JEW**
                        **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT